# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD THOMPSON,** *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **US AIRWAYS, INC.,** *et al.*, | : | |
| Defendants. | : | № 09-cv-870 |

## O R D E R

**AND NOW**, this 15th day of June, 2010, upon consideration of the Motion to Dismiss filed by Defendants US Airways, Inc. and Prime Flight Aviation Services (Docket No. 20), it is hereby **ORDERED** that **(1)** with regard to Counts I, II, and IV of the Plaintiffs' Complaint, the Motion to Dismiss is **DENIED**; and **(2)** with regard to Count III of the Complaint, the Motion to Dismiss is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE